MAR 24 2026 PM4:20
FILED-USDC-CT-NEW HAVEN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Grand Jury N-25-2

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:26CR 49 (VAB)(RMS) |
| v. | VIOLATIONS: |
| PETERSON BERNADEL | 18 U.S.C. § 641 (Theft of Government Property) |
| | 18 U.S.C. § 1001(a)(1) (False Records and Information) |

INDICTMENT

The Grand Jury charges:

GENERAL ALLEGATIONS

At all times relevant to this Indictment:

1.      The defendant, PETERSON BERNADEL, was a Computer Systems Administrator ("CSA") at the Office of the Federal Public Defender for the District of Connecticut ("FDO"). In his role as a CSA, the defendant had physical access to the FDO's inventory of digital and electronic devices, including computers, tablet computers, cellular telephones, and other devices. The defendant also had the ability to add, remove, and edit information contained in the digital database that stored information about the FDO's inventory of digital and electronic devices.

2.      The FDO was established pursuant to the Criminal Justice Act of 1964 and related laws. It was part of the judicial branch of the United States Government and acted under the supervision and direction of the Judicial Conference and the Administrative Office of the United States Courts.

## COUNT ONE
### (Theft of Government Property)

3.      Paragraphs 1 and 2 are incorporated by reference.

4.      On an unknown date, but no later than on or about April 3, 2024, in the District of Connecticut, the defendant, PETERSON BERNADEL, knowingly and willfully embezzled, stole, purloined, and converted to his use, and without authority, sold and conveyed a thing of value of the United States, with a value in the aggregate of all counts in this Indictment exceeding $1,000, that is, an iPad Pro with serial number F4M6WL72WQ that was property of the FDO and that he sold and conveyed in exchange for cash at a pawn shop.

All in violation of Title 18, United States Code, Section 641.

## COUNT TWO
### (Theft of Government Property)

5.      Paragraphs 1 and 2 are incorporated by reference.

6.      On an unknown date, but no later than on or about April 4, 2024, in the District of Connecticut, the defendant, PETERSON BERNADEL, knowingly and willfully embezzled, stole, purloined, and converted to his use, and without authority, sold and conveyed a thing of value of the United States, with a value in the aggregate of all counts in this Indictment exceeding $1,000, that is, an Apple MacBook Pro with serial number C02D28LCML85 that was property of the FDO and that he sold and conveyed in exchange for cash at a pawn shop.

All in violation of Title 18, United States Code, Section 641.

2

COUNT THREE
(Theft of Government Property)

7.    Paragraphs 1 and 2 are incorporated by reference.

8.    On an unknown date, but no later than on or about April 14, 2024, in the District of Connecticut, the defendant, PETERSON BERNADEL, knowingly and willfully embezzled, stole, purloined, and converted to his use, and without authority, sold and conveyed a thing of value of the United States, with a value in the aggregate of all counts in this Indictment exceeding $1,000, that is, a Dell Latitude 7640 laptop computer that was property of the FDO and that he sold and conveyed in exchange for cash at a pawn shop.

All in violation of Title 18, United States Code, Section 641.

COUNT FOUR
(Theft of Government Property)

9.    Paragraphs 1 and 2 are incorporated by reference.

10.    On an unknown date, but no later than on or about April 16, 2024, in the District of Connecticut, the defendant, PETERSON BERNADEL, knowingly and willfully embezzled, stole, purloined, and converted to his use, and without authority, sold and conveyed a thing of value of the United States, with a value in the aggregate of all counts in this Indictment exceeding $1,000, that is, a Mavic Air 2 drone that was property of the FDO and that he sold and conveyed in exchange for cash at a pawn shop.

All in violation of Title 18, United States Code, Section 641.

COUNT FIVE
(Theft of Government Property)

11.    Paragraphs 1 and 2 are incorporated by reference.

12.    On an unknown date, but no later than on or about May 9, 2024, in the District of Connecticut, the defendant, PETERSON BERNADEL, knowingly and willfully embezzled, stole, purloined, and converted to his use, and without authority, sold and conveyed a thing of value of the United States, with a value in the aggregate of all counts in this Indictment exceeding $1,000, that is, an Apple Mac 27" desktop computer that was property of the FDO and that he sold and conveyed in exchange for cash at a pawn shop.

All in violation of Title 18, United States Code, Section 641.

COUNT SIX
(Theft of Government Property)

13.    Paragraphs 1 and 2 are incorporated by reference.

14.    On an unknown date, but no later than on or about May 9, 2024, in the District of Connecticut, the defendant, PETERSON BERNADEL, knowingly and willfully embezzled, stole, purloined, and converted to his use, and without authority, sold and conveyed a thing of value of the United States, with a value in the aggregate of all counts in this Indictment exceeding $1,000, that is, a Canon eOS Rebel T8i digital camera that was property of the FDO and that he sold and conveyed in exchange for cash at a pawn shop.

All in violation of Title 18, United States Code, Section 641.

4

COUNT SEVEN
(Theft of Government Property)

15.     Paragraphs 1 and 2 are incorporated by reference.

16.     On an unknown date, but no later than on or about May 28, 2024, in the District of Connecticut, the defendant, PETERSON BERNADEL, knowingly and willfully embezzled, stole, purloined, and converted to his use, and without authority, sold and conveyed a thing of value of the United States, with a value in the aggregate of all counts in this Indictment exceeding $1,000, that is, an iPad Pro with serial number DLXR2C02GMLM that was property of the FDO and that he sold and conveyed in exchange for cash at a pawn shop.

All in violation of Title 18, United States Code, Section 641.

COUNT EIGHT
(Theft of Government Property)

17.     Paragraphs 1 and 2 are incorporated by reference.

18.     On an unknown date, but no later than on or about December 26, 2024, in the District of Connecticut, the defendant, PETERSON BERNADEL, knowingly and willfully embezzled, stole, purloined, and converted to his use, and without authority, sold and conveyed a thing of value of the United States, with a value in the aggregate of all counts in this Indictment exceeding $1,000, that is, a Dell Latitude 5440 laptop computer that was property of the FDO and that he sold and conveyed in exchange for cash at a pawn shop.

All in violation of Title 18, United States Code, Section 641.

## COUNT NINE
(False Records and Information)

19.     Paragraphs 1 and 2 are incorporated by reference.

20.     On or about August 20, 2024, in the District of Connecticut and elsewhere, the defendant, PETERSON BERNADEL, knowingly and willfully falsified, concealed, and covered up by trick, scheme, and device a material fact, in a matter within the jurisdiction of the judicial branch of the Government of the United States, that is, the defendant changed an FDO property inventory record to modify and delete manufacturer, model, and serial number information for an Apple MacBook Pro that he had sold and conveyed in exchange for cash at a pawn shop in Connecticut when, in truth and in fact, as the defendant well knew, the inventory record was correct before he modified and deleted information to falsify the record and conceal and cover up the information contained therein.

All in violation of Title 18, United States Code, Section 1001(a)(1).

## FORFEITURE ALLEGATION
(Theft of Government Funds)

21.     Upon conviction of one or more of the offenses charged in Counts One through Eight of this Indictment, the defendant, PETERSON BERNADEL, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, that constitutes, or is derived from, proceeds traceable to the commission of the offenses, and a sum of money equal to the total amount of proceeds obtained as a result of such offenses.

22.     If any of the above described forfeitable property, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the United States Court for the District of Connecticut; (d) has been substantially diminished in value; or (e)

has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the above described forfeitable property.

All in accordance with Title 18, United States Code, Section 981, Title 21, United States Code, Section 853, Title 28, United States Code, Section 2461(c), and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

_____
FOREPERSON

UNITED STATES OF AMERICA

_____
DAVID X. SULLIVAN
UNITED STATES ATTORNEY

_____
DANIEL GEORGE
ASSISTANT UNITED STATES ATTORNEY